# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Peekskill City School District v. Colonial Surety Company    Docket No.: 14-1160

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Thomas H. Welby

Firm: Welby, Brady & Greenblatt, LLP

Address: 11 Martine Avenue, White Plains, NY 10606

Telephone: (914) 428-2100    Fax: (855) 740-2860

E-mail: TWelby@wbgllp.com

Appearance for: Peekskill City School District - Plaintiff - Appellant
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Lester Gulitz / Welby, Brady & Greenblatt, LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: Thomas H. Welby