NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Peekskill City School District v. Colonial Surety Company**      Docket No.: **14-1160**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Geoffrey Stuart Pope**

Firm: **Welby, Brady & Greenblatt, LLP**

Address: **11 Martine Avenue, 15th Floor, White Plains, NY 10606**

Telephone: **914-607-6405**                    Fax: **855-740-2860**

E-mail: **gpope@wbgllp.com**

Appearance for: **Peekskill City School Distict / Plaintiff - Appellant**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Thomas H. Welby / Welby, Brady & Greenblatt, LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☑ I applied for admission on **April 24, 2014**

Signature of Counsel: _____

Type or Print Name: **Geoffrey Stuart Pope**